IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AMUR EQUIPMENT FINANCE, INC. *formerly known as* Axis Capital, Inc., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KMH SYSTEMS, INC., ET AL., )<br>)<br>Defendants. ) | Civil No. 3:19-cv-00929<br>Judge Trauger |

# O R D E R

On April 15, 2020, the magistrate judge issued a Report and Recommendation (Docket No. 22), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion for Summary Judgment filed by the plaintiff (Docket No. 15) is GRANTED. Judgment is hereby entered in favor of the plaintiff Amur Equipment Finance, Inc., formerly known as Axis Capital, Inc. and against defendants KMH Systems, Inc. and Michael P. Guenin, jointly and severally, in the amount of $932,509.04.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge